Rec # 1262

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | |
|---|---|
| ROBERT L MYERS<br>BETTY A MYERS<br>Debtor(s) | UNCLAIMED DIVIDENDS FOR<br>DEPOSIT TO REGISTRY FUND<br><br>CASE NO. BKY 04-33794 GFK |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Household Receivable Acquisition Corp II in the amount of $8.13, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Household Receivable Acquisition Corp II<br>Household Bank (SB), N.A.<br>PO Box 98724<br>Las Vegas, NV 89193 | 1 | $8.13 |

ACCOUNT NUMBER:
5167

Jasmine Z. Keller, Trustee

Dated: August 31, 2009

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee